COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-13-00805-CR

Style:  Rodney Carnell Mays v. The State of Texas

Date motion filed[*]:  December 10, 2014

Type of motion:  Third Motion to Extend Time to File Appellant's Brief

Party filing motion:  Appellant

Document to be filed:  Appellant's Brief

Is appeal accelerated?  No

If motion to extend time:

    Original due date:  February 19, 2015

    Number of extensions granted:  2  Current Due Date:  May 11, 2015

    Date Requested:  June 10, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  June 10, 2015

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

  Although appellant's brief was originally due on February 19, 2015, this Court's Order on February 24, 2015, granted, in part, appellant's motion to halt the briefing schedule until 30 days after the supplemental reporter's record was filed.  After two volumes of the supplemental reporter's record was filed on March 11, 2015, the Clerk of this Court granted appellant's second extension on April 10, 2015, but no warnings were given.  Thus, appellant's third extension is **granted**, but counsel is warned that **no further extensions will be granted.**  Accordingly, if appellant's brief is not filed by June 10, 2015, the Court may abate this appeal for a hearing.  *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
                ☑ Acting individually    ☐ Acting for the Court
Date:  May 14, 2015